Eric J. Van Loon, SBN 227712
NIXON PEABODY, LLP
300 S Grand Ave Suite 4100
Los Angeles CA 90070
evanloon@nixonpeabody.com
Phone: (213) 629-6031

*Attorneys for Ubifunstudio Co., Ltd*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO CLOUDFLARE INC. | CASE NO. 25-mc-80334<br><br>**MOTION FOR CLERK'S ISSUANCE OF SUBPOENA TO CLOUDFLARE INC. PURSUANT TO 17 U.S.C. § 512(h)** |

Ubifunstudio Co., Ltd ("Ubifun") respectfully requests the Clerk of this Court, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h), to issue a subpoena for documents and information identifying the following publisher on Cloudflare Inc.:

Game Title: Dekaron EGLA (URL: https://dkrtitanwrath.online/index.html).

This account was used to post counterfeit games that are subject to the DMCA takedown notice submitted by Ubifun, on September 30, 2025. A copy of the receipt of said notice from Cloudflare Inc. is attached as **Exhibit 1**. A copy of the proposed subpoena is attached as **Exhibit 2**. A copy of a sworn declaration by Erica Van Loon in support of issuing the subpoena is attached as **Exhibit 3**.

Dated: October 27, 2025

                                              NIXON PEABODY, LLP
                                              */s/ Erica J. Van Loon*
                                              Erica J. Van Loon

                                              300 S Grand Ave Suite 4100
                                              Los Angeles CA 90070
                                              evanloon@nixonpeabody.com
                                              Phone: (213) 629-6031